```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT
```

NIKKI OLSEN

    Plaintiff,             :
                                  :
V.                                :  CASE NO. 3:15CV0166 (RNC)
                                  :
NORTHLAND GROUP, INC.,            :
                                  :
    Defendant.             :

<u>ORDER</u>

The parties have reported that this action has been settled in full. Rather than continue to keep the case open on the docket, the Clerk is directed to close the file without prejudice to reopening on or before June 17, 2016.

If the parties wish to file a stipulation of dismissal (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 17, 2016.

The dates set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b). So ordered.

Dated at Hartford, Connecticut this 17th day of March 2016.

                                                /s/ RNC
                                    Robert N. Chatigny
                              United States District Judge